No. 235. WILSON *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Sewall Key, A. F. Prescott* and *Fred E. Youngman* for respondent. ██

No. 236. KORACH BROS. *v.* CLARK, DIRECTOR OF THE DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE. Certiorari denied. *Samuel E. Hirsch* and *Julian H. Levi* for petitioner. *Solicitor General Perlman, Harry H. Schneider* and *Israel Convisser* for respondent. 

No. 237. BRANDENBURG *v.* UNITED STATES. ██ Certiorari denied. *Frederic M. P. Pearse* and *Charles M. Trammell* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States. 

No. 241. WATTS *v.* UNITED STATES. Certiorari denied. *Bernard A. Golding* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. 

No. 242. DANZIGER *v.* UNITED STATES. Certiorari denied. *R. M. J. Armstrong* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States. 

No. 243. BRUCE ET UX. *v.* KING. Certiorari denied. *Homer L. Bruce* for petitioners. *R. K. Hanger* for respondent.